In the Matter of DAVID A. FAY, Appellant, against WILLIAM P. O'BRIEN, as Police Commissioner of the City of New York and Chairman of the Board of Trustees of the Police Pension Fund of the City of New York, et al., Respondents.

Argued April 5, 1950; decided April 13, 1950.

*David A. Fay,* in person, and *Saul I. Radin* for appellant.

*John P. McGrath, Corporation Counsel (Stanley Buchsbaum* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.